IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN SALES LLC, a Delaware Limited Liability Company; and ALLERGAN PHARMACEUTICALS HOLDINGS (IRELAND), an Irish Incorporated Private Unlimited Liability Company, | § § § § § § § § | No. 28, 2025 Court Below–the Superior Court of the State of Delaware |
| Defendants Below, Appellants/Cross-Appellees, | § § § § | C.A. No. N20C-03-319 |
| v. | § § | |
| SOFREGEN MEDICAL INC., a Delaware Corporation; and SOFREGEN MEDICAL IRELAND LIMITED, an Irish Private Limited Company, | § § § § § § § | |
| Plaintiffs Below, Appellees/Cross-Appellants. | § § § | |

Submitted: September 3, 2025
Decided: September 15, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Decision After Trial dated September 26, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice